LAWRENCE G. BROWN
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORHA M. BRUCE, ) | 1:08-cv-00804-OWW/SMS |
| ) | |
| Plaintiff, ) | **ORDER GRANTING DEFENDANTS'** |
| ) | **MOTION TO DISMISS** |
| v. ) | |
| ) | [Fed. R. Civ. Proc. 12(b)(6) |
| ALLAN PERRY; VETERANS AFFAIRS;) | Local Rule 78-230] |
| VETERAN MEDICAL CENTER, ) | |
| ) | Date: August 10, 2009 |
| Defendants. ) | Time: 10:00 a.m. |
| ) | Ctrm: 3 |

Defendants Allan Perry, Veterans Affairs, and Veteran Medical Center (collectively "the Federal Defendants") Motion to Dismiss, or in the alternative, Summary Judgment came on for hearing on August 10, 2009.  The Federal Defendants were represented by Assistant United States Attorney, Alyson A. Berg. Plaintiff Deborha M. Bruce appeared on her own behalf.

After considering all papers filed in connection with the Federal Defendants' Motion and hearing oral argument, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff Deborha M. Bruce's Second Amended Complaint is DISMISSED WITH PREJUDICE for the reasons set forth in this Court's Memorandum Decision re Defendants' Motion to Dismiss the Second Amended Complaint,

Docket No. 28, which is incorporated herein by reference.  The Clerk is ordered to enter judgment in favor of Defendants Allan Perry, Veterans Affairs, and Veteran Medical Center and against Plaintiff Deborha M. Bruce concluding this matter in its entirety.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE